HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CALEB BRYANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:16-po-00001-MJS |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; ORDER** |
| vs. | ) | |
| CALEB BRYANT, | ) | Date: February 7, 2017 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Caleb Bryant, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear telephonically. Mr. Bryant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Bryant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Mr. Bryant is charged with improper parking, in violation of 36 C.F.R. 4.12; expired registration, in violation of 36 C.F.R. 4.2(b); and possession of a controlled substance, in violation of 36 C.F.R. 2.35(b)(2). Mr. Bryant will be entering not guilty pleas at his initial appearance. This is Mr. Bryant's first request for a waiver of appearance. Mr. Bryant currently

resides in New Haven, Connecticut where he is attending Gateway Community College in an effort to obtain his Associates degree. It would be a serious financial hardship for Mr. Bryant to travel to Yosemite. Additionally, travel to Yosemite would negatively impact his coursework. Accordingly, Mr. Bryant respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone.

    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 19, 2017    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CALEB BRYANT

# **O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via telephone at the initial appearance hearing in Case No. 6:16-po-00001-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   January 19, 2017    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Bryant – Rule 43 Waiver

2