1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CALEB BRYANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-po-00001 |
|---|---|
| Plaintiff, | **MOTION TO DISMISS; ORDER** |
| vs. | |
| CALEB BRYANT, | |
| Defendant. | |

Defendant Caleb Bryant hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On April 18, 2017, Mr. Bryant pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Bryant a deferred entry of judgment under 18 U.S.C. § 3607(a). On March 13, 2018, the Court vacated Mr. Bryant's review hearing because he had fully complied with the terms of his probation. Mr. Bryant's probation expired on April 18, 2018.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Bryant's term of probation has expired, and he did not violate any condition of his probation. Accordingly, Mr. Bryant requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 7, 2018            */s/ Hope Alley*
                                                   HOPE ALLEY
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   CALEB BRYANT

**O R D E R**

       Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Bryant in *United States v. Bryant*, Case No. 6:16-po-00001.

IT IS SO ORDERED.

Dated:   September 10, 2018                                                                         
                                                                            UNITED STATES MAGISTRATE JUDGE